**Case No. 21-4126**

*In the*

# United States Court of Appeals
*for the*
# Tenth Circuit

IN RE: OVERSTOCK SECURITIES LITIGATION:

THE MANGROVE PARTNERS MASTER FUND, LTD.,
*Plaintiff-Appellant,*

v.

OVERSTOCK.COM, INC., GREGORY J. IVERSON,
PATRICK M. BYRNE and DAVID J. NIELSEN,
*Defendants-Appellees.*

*Appeal from a Decision of the United States District Court for the District of Utah - Salt Lake City
Case No. 2:19-CV-00709-DAK · Honorable Dale A. Kimball, Senior U.S. District Judge*

## MOTION TO WITHDRAW JEFFREY D. LOMBARD AS COUNSEL

JOHN C. DWYER
COOLEY LLP
3175 Hanover St.
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
dwyerjc@cooley.com

ERIK A. CHRISTIANSEN
ALAN S. MOURITSEN
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, Utah 8411
Telephone: (801) 532-1234
EChristiansen@parsonsbehle.com
Amouritsen@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants-Appellees Overstock.com, Inc., Gregory J. Iverson, and David J. Nielsen*

Defendants-Appellees Overstock.com, Inc., Gregory J. Iverson, and David J. Nielsen ("Defendants-Appellees") respectfully move this Court, pursuant to Fed. R. App. P. 46, for an order allowing Jeffrey D. Lombard to withdraw as counsel for Defendants-Appellees in the above-captioned matter and removing her from the CM/ECF service list for this action. Mr. Lombard is no longer associated with the law firm Cooley LLP. Other attorneys from Cooley LLP and Parsons Behle & Latimer will continue to serve as counsel of record for Defendants-Appellees in this matter. His withdrawal will not affect any deadlines or cause any delays.

    COOLEY LLP

By: */s/ John C. Dwyer*
    John C. Dwyer
    3175 Hanover Street
    Palo Alto, CA 94304
    Telephone: (650) 843-5000
    Facsimile: (650) 849-7400
    dwyerjc@cooley.com

PARSONS BEHLE & LATIMER
Erik A. Christiansen
Alan S. Mouritsen
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
EChristiansen@parsonsbehle.com
Amouritsen@parsonsbehle.com
ecf@parsonsbehle.com

*Attorneys for Defendants-Appellees Overstock.com Inc., Gregory J. Iverson, and David J. Nielsen*

## CERTIFICATE OF SERVICE

I hereby certify that on March 21, 2023, I caused a true and correct copy of the foregoing MOTION TO WITHDRAW JEFFREY D. LOMBARD AS COUNSEL to be served via the Court's ECF service, which caused it be served upon those parties registered to receive electronic service in this case.

                    /s/ *John C. Dwyer*
COOLEY LLP
John C. Dwyer
3175 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 843-5000
Facsimile: (650) 849-7400
dwyerjc@cooley.com

PARSONS BEHLE & LATIMER
Erik A. Christiansen
Alan S. Mouritsen
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 532-1234
EChristiansen@parsonsbehle.com
Amouritsen@parsonsbehle.com
ecf@parsonsbehle.com

283396532